# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2247
_____

TIMOTHY D. HELTON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

February 10, 2025

PER CURIAM.

    DISMISSED.

B.L. THOMAS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy D. Helton, pro se, Petitioner.

Attorney General, Tallahassee, for Respondent.